## POLITTE v. DRYER.

LITTLE, J. This case turned upon a question of fact, in relation to which the evidence was conflicting in the trial before the justice of the peace. Being so, the judge did not err in overruling the writ of certiorari. *Judgment affirmed. All the Justices concurring.*

Submitted February 19,—Decided March 2, 1900.

Certiorari. Before Judge Seabrook. McIntosh superior court. May term, 1899.

*Walter A. Way,* for plaintiff in error.

---

## FULCHER v. CENTRAL OF GEORGIA RAILWAY COMPANY.

SIMMONS, C. J. The evidence showing that the plaintiff could, by the exercise of ordinary care, have avoided the consequences of the negligence of the defendant company, if the latter was negligent, the court did not err in granting a nonsuit.

*Judgment affirmed. All the Justices concurring.*

Submitted February 19,—Decided March 2, 1900.

Action for damages. Before Judge Seabrook. McIntosh superior court. May term, 1899.

*R. W. Sheppard, Lester & Ravenel,* and *Gignilliat & Stubbs,* for plaintiff. *Lawton & Cunningham* and *T. M. Cunningham Jr.,* for defendant.